UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASMA FREGIS,

    Petitioner,

v.                                          CASE NO. 6:11-cv-1939-Orl-28GJK

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

_____

## ORDER

Petitioner has filed a pleading titled "Emergency" in which he seeks relief pursuant to Rule 3.850 of the Florida Rules of Criminal Procedure (Doc. No. 4, filed December 19, 2011). This motion requests essentially the same relief Petitioner requested in his previously filed "Emergency Motion for Post-Conviction Relief Pursuant to Florida Rule Crim. 3.850" (Doc. No. 1). In both pleadings, Petitioner requests the vacation of his state court conviction and sentence pursuant to Rule 3.850.

This Court entered an Order on December 5, 2011 (Doc. No. 3), directing Petitioner to show cause why this case should not be dismissed without prejudice as it appeared Petitioner was attempting to seek relief in the state court. Petitioner has not yet filed a response to the order, and consequently, the instant motion is premature.

Accordingly, it is hereby **ORDERED** that Petitioner's Emergency Motion (Doc. No. 4) is **DENIED** without prejudice.

**DONE AND ORDERED** in Orlando, Florida, this 19 day of December, 2011.

_____
JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-1 12/19
Jasma Fregis