UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASMA FREGIS,

     Petitioner,

v.                                           CASE NO. 6:11-cv-1939-Orl-28GJK

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

     Respondents.

---

## ORDER

This case is before the Court on Petitioner's Application for a Certificate of Appealability[1] (Doc. No. 11) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this 6 day of March, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 3/5
Jasma Fregis

---

[1] Petitioner's Notice of Appeal (Doc. No. 10) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).